

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00211-CV

IN THE MATTER OF THE MARRIAGE OF
ROBERT CLINTON BOYD AND SUSAN CROSBY BOYD

On Appeal from the 137th District Court
Lubbock County, Texas
Trial Court No. 2013-506,202, Honorable Paula Lanehart, Presiding

October 13, 2014

## ORDER OF SEVERANCE

Before QUINN, C.J. and CAMPBELL and HANCOCK, JJ.

Appellant, Robert Clinton Boyd, timely filed notice of appeal from the trial court's May 2, 2014 Final Decree of Divorce. Susan Crosby Boyd timely filed a notice of cross-appeal. On October 3, 2014, this Court received Susan's motion to dismiss her cross-appeal.

In order to act on this motion, we now sever the cross-appeal of Susan into cause number 07-14-00358-CV. Robert's appeal of the May 2, 2014 Final Decree of Divorce remains pending in cause number 07-14-00211-CV, and will proceed in due course.

Per Curiam